# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: EDWARD R. MCGEHEE & ANNETTE M. MCGEHEE  Case Number: 05-77429
2904 MICHAEL STREET  SSN-xxx-xx-9038 & xxx-xx-3699
WONDER LAKE, IL 60097-8522

Case filed on: 10/15/2005
Plan Confirmed on: 3/14/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,730.70     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY STEVEN J BRODY | 994.00 | 994.00 | 994.00 | 0.00 |
| | Total Legal | 994.00 | 994.00 | 994.00 | 0.00 |
| 999 | EDWARD R. MCGEHEE | 0.00 | 0.00 | 4,132.22 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 4,132.22 | 0.00 |
| 001 | CITIFINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO BANK N.A. | 13,316.77 | 7,510.65 | 7,510.65 | 0.00 |
| | Total Secured | 13,316.77 | 7,510.65 | 7,510.65 | 0.00 |
| 001 | CITIFINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BENEFICIAL CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JEFFERSON CAPITAL SYSTEMS, LLC | 559.64 | 559.64 | 559.64 | 37.40 |
| 007 | DISCOVER FINANCIAL SERVICES | 4,237.12 | 4,237.12 | 4,237.12 | 282.40 |
| 008 | FLEET CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NEXTEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AFNI/VERIZON | 95.53 | 95.53 | 95.53 | 6.40 |
| | Total Unsecured | 4,892.29 | 4,892.29 | 4,892.29 | 326.20 |
| | Grand Total: | 19,203.06 | 13,396.94 | 17,529.16 | 326.20 |

Total Paid Claimant: $17,855.36
Trustee Allowance: $875.34     Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured: 100.00     discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just. Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007     By /s/Heather M. Fagan